UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C PHELPS, <br><br> Plaintiff, <br><br> v. <br><br> NOVATO POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 23-cv-05305-JST <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to *Phelps v. Alameda Housing Authority,* 23-cv-04235-SI.

**IT IS SO ORDERED.**

Dated: October 19, 2023

_____
JON S. TIGAR
United States District Judge