UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C. PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA HOUSING AUTHORITY, *et al.*,<br><br>    Defendants. | Case No. 23-cv-04235-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT LEAVE TO AMEND**<br><br>Re: Dkt. No. 7 |

On October 5, 2023, Magistrate Judge Hixson issued a Report and Recommendation recommending that this case be dismissed without leave to amend because the first amended complaint fails to state a claim. Dkt. No. 7. Judge Hixson found that the first amended complaint was deficient because (1) to the extent Ms. Phelps is alleging claims regarding an eviction proceeding brought against her in Marin County Superior Court, those claims are barred under the *Rooker-Feldman* doctrine, which prevents federal district courts from hearing appeals from state-court judgments; (2) to the extent Ms. Phelps seeks to bring claims against the judge who presided over the eviction proceedings, those claims are barred by judicial immunity; and (3) the remainder of the amended complaint was frivolous, in the sense that it did not plausibly state a claim for which this court may grant relief (such as claims that Marin County is "a Satanic Devil worshiping community" and that Ms. Phelps is experiencing non-stop harassment from "Helicopters 24 hrs in Every city I go").

Pursuant to Federal Rules of Civil Procedure 6 and 72, objections to the Report and Recommendation were due no later than October 23, 2023 (14 days from service of the Report and Recommendations, plus 3 days to allow for mail service). The Court has not received any objection from Ms. Phelps. However, on October 5, Ms. Phelps filed a "request for protection" against

"helicopters" that have been attacking her and "regular clothes civilians" who she claims are trying to kill her.  Dkt. No. 10.

The Court has reviewed the amended complaint and Judge Hixson's Report and Recommendation and agrees that the amended complaint be dismissed without leave to amend.  The amended complaint does not state a claim for the reasons stated by Judge Hixson.  Because Ms. Phelps was not able to fix the problems with her original complaint, the Court agrees with Judge Hixson that additional leave to amend would be futile.  Accordingly, the Court ADOPTS the Report and Recommendation and DISMISSES the amended complaint without leave to amend.

**IT IS SO ORDERED**.

Dated: October 25, 2023

_____
SUSAN ILLSTON
United States District Judge

2