United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C. PHELPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA HOUSING AUTHORITY, *et al.*,<br><br>　　　　　Defendants. | Case No. 23-cv-04235-SI<br><br>**JUDGMENT** |

　　The Court has dismissed the amended complaint without leave to amend.  Judgment is hereby entered against plaintiff.

　　**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 25, 2023　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge